Certificate Number: 14912-ILN-DE-034167804

Bankruptcy Case Number: 20-02061



14912-ILN-DE-034167804

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 29, 2020, at 6:43 o'clock PM EST, Mercy John completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   March 2, 2020           By:   /s/Jai Bhatt

                                Name: Jai Bhatt

                                Title: Counselor