| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-02061<br>Northern District of Illinois<br>Eastern Division<br>Wed Jan 29 14:11:42 CST 2020 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Barclays Bank Delaware<br>Attn: Correspondence<br>Po Box 8801<br>Wilmington, DE 19899-8801 |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Commerce Bank<br>811 Main Street<br>10th Floor, KCBC-10<br>Kansas City, MO 64105-2005 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | First National Bank<br>Attn: Bankruptcy<br>1620 Dodge St Mailstop 4440<br>Omaha, NE 68197-0002 | Fortiva<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 |
| Nationwide Credit Inc.<br>PO Box 14581<br>Des Moines, IA 50306-3581 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wiles-Barr, PA 18773-9640 | Northshore Health Systems<br>c/o Equian<br>PO Box 32180<br>Louisville, KY 40232-2180 |
| Synchrony Bank<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| U.S. Department of Education<br>Ecmc/Bankruptcy<br>Po Box 16408<br>Saint Paul, MN 55116-0408 | Wells Fargo Bank N.A.<br>ATT:  Charles W. Scharf, CEO<br>600 California Street Suite 1600<br>San Francisco, CA 94108-2727 | Wells Fargo Home Mtg. (ending 0723)<br>Attn: Written/Bankruptcy<br>Mac#2302-04e Pob 10335<br>Des Moines, IA 50306 |
| Wells Fargo Home Mtg. (ending 7493)<br>Attn: Written Corres/Bankruptcy<br>Mac#2302-04e Pob 10335<br>Des Moines, IA 50306 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Mercy John<br>9435 N Leamington St.<br>Skokie, IL 60077-1226 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | Toyota Financial Services<br>Attn: Bankruptcy Dept<br>Po Box 8026<br>Cedar Rapids, IA 52409 | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients    0<br>Total    25 |