UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 20-02061
MERCY JOHN,  )
  )
  )  Chapter: 13
  )
  )  Honorable Timothy Barnes
  )
Debtor(s)  )

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of Wells Fargo Bank, N.A., the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED:

(1) That the automatic stay in the case is modified so as not to restrain Wells Fargo Bank, N.A., from pursuing nonbankruptcy remedies with respect to the Mortgage on the property located at: 9435 Leamington, Skokie, IL 60077.

(2) Any Claims and/or Stipulations filed by Wells Fargo Bank, N.A., are vacated.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  September 26, 2024

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088