**Fill in this information to identify the case:**

Debtor 1: Mercy John

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 2002061

## Official Form 410S1
# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank N.A.

**Court claim no.** (if known): 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 12/01/2020

**New total payment:** Principal, interest, and escrow, if any: $3884.64

**Last 4 digits** of any number you use to identify the debtor's account: 7 4 9 3

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____       New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: 5.87500%      New interest rate: 5.87500%

   Current principal and interest payment: $ 1584.60      New principal and interest payment: $ 2709.45

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____      New mortgage payment: $ _____

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Angela M. Mills-Fowler          Date  11/04/2020
  Signature

Print:  FOWLER, ANGELA M. MILLS            VP Loan Documentation
        First Name   Middle Name   Last Name      Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number        Street
         1000 Blue Gentian Road
         Address 2
         Eagan                         MN    55121-7700
         City                          State  ZIP Code

Contact phone  800-274-7025        NoticeOfPaymentChangeInquiries@wellsfargo.com
                                   Email

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Chapter 13  No. 2002061
Judge: Carol A. Doyle

In re:
Mercy John

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 05, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Mercy John
9435 N Leamington St.

Skokie IL 60077

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By Court's CM/ECF system registered email address

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.

Skokie IL 60076

By Court's CM/ECF system registered email address

N/A

Trustee:

By Court's CM/ECF system registered email address

Tom Vaughn

55 E. Monroe Street, Suite 3850

Chicago IL 60603

/s/Angela M. Mills-Fowler

VP Loan Documentation

Wells Fargo Bank, N.A.

Wells Fargo Home Mortgage
Return Mail Operations
PO Box 10368
Des Moines, IA 50306-0368

**WELLS FARGO | HOME MORTGAGE**

November 1, 2020

085

DAVID H CUTLER
CUTLER & ASSOCIATES, LTD.
4131 MAIN ST.
SKOKIE, IL 60076

Subject: Important information for your client(s)
   Client(s): Mercy John
   Case number: 2002061
   Account number: ▮▮▮▮▮▮▮
   Property address: 9435 Leamington
                     Skokie IL 60077

Dear  DAVID H CUTLER
      CUTLER & ASSOCIATES, LTD.:

Enclosed is an important document(s) for your client(s). This document(s) may provide your client(s) with time-sensitive information about the account referenced above. Please forward the enclosed document(s) to your client(s) as soon as possible.

Thank you for your prompt attention to this matter. If you have any questions or need additional assistance, please call us at 1-800-274-7025, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Bankruptcy Servicing
Wells Fargo Home Mortgage

Enclosure

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

AR013 708 0192

Wells Fargo Home Mortgage
Return Mail Operations
PO Box 10368
Des Moines, IA 50306-0368

**WELLS FARGO | HOME MORTGAGE**

November 1, 2020

MERCY JOHN
9435 LEAMINGTON
SKOKIE, IL 60077-0000

| Account Information | |
|---|---|
| Online: | wellsfargo.com |
| Fax: | 1-866-278-1179 |
| Telephone: | 1-866-234-8271 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 6 a.m. - 10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| Loan number: | |
| Property address: | 9435 Leamington |
| | Skokie IL 60077 |

Subject: Your home loan payment is about to increase -- what you need to know about your Account

Dear Mercy John:

We're writing to remind you that on December 1, 2020, the interest-only period on your fixed-rate mortgage will end and your mortgage payment will increase. Your new, estimated monthly principal and interest payment will be $2,709.45. Please read the information below to better understand this change.

**What you need to know**
When the interest-only period on your home loan ends, your home loan will change to a fully amortizing mortgage, which means you will be paying both principal and interest. This change will increase your monthly payment -- that's why we want you to be prepared.

Your monthly home loan payment will change as follows:

- **The interest-only period will end on December 1, 2020.**

- To determine the principal balance we needed to recalculate your mortgage payment, we assumed that all minimum payments will be made between now and December 1, 2020. Based on this information your projected principal balance on December 1, 2020 will be $323,663.61. We used this projected principal balance to calculate your new monthly principal and interest mortgage payment.

- **Your interest rate will remain fixed at 5.87500%,** as provided in your loan agreement.

- **Your new, estimated monthly principal and interest payment will be $2,709.45.**

- **Your new monthly fully amortized principal and interest payment will be effective on December 1, 2020.**

AR013 708 0192

**Account Information**

Loan number: ███████

Property address: 9435 Leamington
Skokie IL 60077

|  | Current Monthly Payment | New Estimated Monthly Payment |
|---|---|---|
| Principal | $0.00 | $1,124.85 |
| Interest | $1,584.60 | $1,584.60 |
| Escrow | $1,175.19 | $1,175.19 |
| Total Payment* | $2,759.79 | $3,884.64 (due December 1, 2020) |

*Note: Your total monthly mortgage payment may be subject to change if the escrow amount needed to pay your property taxes, hazard insurance and other escrowed expenses is adjusted.

We're here to help you

If you have questions or concerns about your upcoming change, please call us at the number listed in the account information box.

Sincerely,

*[signature]*

Keeper K. Christensen
Loan Administration Manager
Wells Fargo Home Mortgage

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

AR013 708 0192